# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Martin v. Meredith Corporation     Docket No.: 23-412

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Tiana A. Demas

Firm: Cooley LLP

Address: 55 Hudson Yards, New York, NY 10001-2157

Telephone: 212-479-6560     Fax: 212-479-6275

E-mail: tdemas@cooley.com

Appearance for: APPELLEES MEREDITH CORPORATION, MEREDITH HOLDINGS CORPORATION, IAC/INTERACTIVECORP, DOTDASH MEDIA, INC., and DOTDASH MEREDITH, INC.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: David Mills, Cooley LLP - PLEASE DESIGNATE TIANA A. DEMAS AS LEAD COUNSEL FOR APPELLEES. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 02/24/2022     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Tiana A. Demas

Type or Print Name: Tiana A. Demas