UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

_____

William J. Martin, individually and on behalf of all other similarly situated,

      Plaintiff-Appellant,

v.

Meredith Corporation, Meredith Holdings Corporation, IAC/InterActiveCorp, Dotdash Media, Inc., Dotdash Meredith, Inc.,

      Defendant-Appellees.

_____

**ORDER**

Docket Number: 23-412

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April, two thousand and twenty-three,

      A notice of appeal was filed on March 17, 2023. The Appellant's Acknowledgment and Notice of Appearance Form due April 07, 2023 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

      IT IS HEREBY ORDERED that the appeal will be dismissed effective April 27, 2023 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court