# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Martin v. Meredith Corporation                                 Docket No.: 23-412

Lead Counsel of Record (name/firm) or Pro se Party (name): Brett. D. Katz/Ellis George Cipollone O'Brien Annaguey LLP

Appearance for (party/designation): William J. Martin/Plaintiff-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☒) Correct
(☐) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(☒) Correct
(☐) Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____

(☐) Incorrect. Please change the following parties' designations:
Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☒) Correct
(☐) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____     Fax: _____
Email: _____

## RELATED CASES

(☒) This case has not been before this Court previously.
(☐) This case has been before this Court previously. The short title, docket number, and citation are: _____

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (☒) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on October 3, 2022          OR that (☐) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/Brett D. Katz
Type or Print Name: Brett D. Katz
          OR
Signature of pro se litigant: _____
Type or Print Name: _____
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.


American LegalNet, Inc.
www.FormsWorkFlow.com